**Order entered April 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00353-CV

**WAYNE LENSING AND LEFTHANDER MARKETING, INC., Appellants**

**V.**

**DAVID CARD AND CLEO LOWE, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06631**

## ORDER

The Court has before it appellants' April 9, 2013 agreed motion to extend time to file appellants' brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief within thirty days of the date of this order.

/s/    ELIZABETH LANG-MIERS
         JUSTICE